# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **GAS POS INC., et al.,** | ] |
| Plaintiffs, | ] |
| v. | ] 2:19-cv-00677-ACA |
| **COMDATA NETWORK INC., et al.,** | ] |
| Defendants. | ] |

## FINAL ORDER

This matter comes before the court on Plaintiffs Gas Pos Inc. and Anonymous Truck Stop ABC's notice of dismissal, in which they dismiss this case with prejudice, without fees or costs to any party.  (Doc. 3).  Because no opposing party has served an answer or a motion for summary judgment, *see* Fed. R. Civ. P. 41(a)(1)(A)(i), the court **DISMISSES** this action **WITH PREJUDICE**.

The court **DIRECTS** the Clerk to close this case.

**DONE** and **ORDERED** this July 16, 2019.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE